IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MISTY DAVIS AND DONOVAN D. DAVIS,

      Appellants,

                                      Case No.  5D21-2602
v.                                  LT Case No. 2014-CA-008596-O


WELLS FARGO BANK, NATIONAL ASSOCIATION
AS TRUSTEE TO MERRILL LYNCH MORTGAGE
INVESTORS TRUST MORTGAGE LOAN ASSET-
BACKED CERTIFICATES SERIES 2006-HEI,

      Appellee.
_____/
Decision filed December 2, 2022

Appeal from the Circuit Court
for Orange County,
Donald A. Myers, Jr., Judge.

James Sweeting, III , of James Sweeting,
III, LLC, Baltimore, MD, for Appellants.

Hallie S. Evans, of Troutman Pepper
Hamilton Sanders LLP, Atlanta, GA, for
Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., SASSO and TRAVER, JJ., concur.